**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIENE L.C., | Case No. SACV 22-2188-HDV (JPR) |
| Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Magistrate Judge's Report and Recommendation, and other records on file herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1.   Plaintiff's request for an order remanding this case for further proceedings is GRANTED.

2.   Defendant's motion for summary judgment is DENIED.

3.   Judgment be entered consistent with this order.

     4.   The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: March 26, 2024

_____
HERNAN D. VERA
U.S. DISTRICT JUDGE

2