JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIENE L. CHAVEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | Case No. SACV 22-2188-HDV (JPR)<br><br>**J U D G M E N T** |

For the reasons set forth in the accompanying Order Accepting Magistrate Judge's Report and Recommendation, it is ADJUDGED THAT (1) Plaintiff's request for an order remanding this case for further proceedings is GRANTED; (2) the Commissioner's motion for summary judgment is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: March 26, 2024

_____
HERNAN D. VERA
U.S. DISTRICT JUDGE