LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –SOUTHERN DIVISION

| | |
|---|---|
| JULIENE CHAVEZ, | No: 8:22-cv-2188-HDV-JPR |
| Plaintiff, | EAJA ORDER |
| v. | |
| MARTIN O'MALLEY[1], Commissioner of Social Security, | |
| Defendant | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND NINTY DOLLARS AND 35/100 ($5,090.35) and zero costs ($0.00), subject to the terms of the stipulation.

    DATE: May 8, 2024    _____
                                         HON. HERNAN D. VERA
                                         UNITED STATES DISTRICT JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).